# EXHIBIT F

  

**AUTO LOAN**

# Account Details

## Loan Details

| | |
|---|---|
| Account Number | ▇▇▇▇8387 |
| Original Loan Amount | $23,510.27 |
| Open Date | March 23, 2019 |
| Loan Term | 73 Month |
| Maturity Date | April 7, 2025 |
| Application ID | 164309602 |
| Original APR | 20.63% |
| Current APR | 0% |
| Borrower | MICHAEL WOOD |

## Balance & Payments Details

| | |
|---|---|
| Monthly Payment | $576.60 |
| Today's Payoff Amount | $6,084.78 |
| Total Principal Paid | $17,425.49 |
| Total Interest Paid | $4,293.61 |
| Interest Paid YTD | $0.00 |
| Interest Paid in Previous Year | $1,263.92 |

## Vehicle Details

| | |
|---|---|
| Vehicle Type | 17 FIAT 500 |
| VIN | ZFBCFACH1HZ040262 |

## Delinquency History

| Number of Times Past Due | 11 |
|---|---|

**PRODUCTS**

> **ABOUT US**

**CAREERS**

> **LEGAL**

**HELP**

**CONTACT US**

**PRIVACY**

**SECURITY**

**TERMS & CONDITIONS**

**ACCESSIBILITY**

**FEEDBACK**

**2019 CYBER INCIDENT**

Products and services provided by the Capital One family of companies, including Capital One Bank (USA), N.A. and Capital One, N.A., Members FDIC. Deposit products are insured to current FDIC limits.

