ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Michael Wood,

Plaintiff(s),

v.

Security Credit Services, LLC, d/b/a Equipro Investments,

Defendant(s).

Case No. 20-cv-2369
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court grants SCS' motion for summary judgment and denies Wood's motion for summary judgment. The Court enters judgment for SCS on Wood's second amended complaint.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis.

Date: 5/23/2023                         Thomas G. Bruton, Clerk of Court

                                        Rhonda Johnson, Deputy Clerk