UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 20-cv-2369 |
| v. ) | |
| ) | Honorable Sara L. Ellis |
| SECURITY CREDIT SERVICES, LLC, ) | |
| d/b/a EQUIPRO INVESTMENTS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, that the above referenced matter has been settled between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation/Notice of Dismissal with Prejudice herein.

Dated: August 28, 2025

Respectfully submitted,

By: /s/Mario Kris Kasalo

Mario Kris Kasalo
The Law Office of M. Kris Kasalo, Ltd.
4950 Madison St., P.O. Box 1425
Skokie, Illinois 60077
tel 312.726.6160
fax 312.698.5054
mario.kasalo@kasalolaw.com