# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WOOD, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 20-cv-2369 |
| v. | ) ) | |
| SECURITY CREDIT SERVICES, LLC, d/b/a EQUIPRO INVESTMENTS, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by counsel, hereby stipulate that any and all individual claims asserted by Plaintiff in this action be dismissed with prejudice. Costs and fees shall not be awarded to either party. This stipulation resolves these proceedings in their entirety.

Respectfully submitted,

/s/ Mario Kasalo                                    /s/ Katherine M. Saldanha Olson

Mario Kasalo                                          Katherine M. Saldanha Olson
The Law Office of M. Kris Kaslo, Ltd.   Messer Strickler Burnette, Ltd.
4950 Madison St., PO Box 1425            142 W. Station St.
Skokie, IL 60077                                     Barrington, IL 60010
(312) 726-6160                                        (312) 334-3444
Mario.kasalo@kasalolaw.com              kolson@messerstrickler.com
Attorney for Plaintiff                              Attorney for Defendant